1  DANA McRAE, State Bar No. 142231
   County Counsel, County of Santa Cruz
2  JASON M. HEATH, State Bar No. 180501
   Assistant County Counsel
3  701 Ocean Street, Room 505
   Santa Cruz, California 95060
4  Telephone: (831) 454-2049
   Fax: (831) 454-2115
5

6  **Attorneys for Defendants Bob Lee and
   Kelly J. Walker**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| HEAT SURGE, LLC, et al., | Case No. C09-00572 JF |
|---|---|
| Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS** |
| v. | |
| BOB LEE, in his official capacity as District Attorney for Santa Cruz County, California, et al., | |
| Defendants. | |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the Court's mediation process pursuant to ADR L.R. 6. Because the case is not yet at-issue, the parties request that the Court authorize them to hold the mediation within 120 days from the date the case management order is issued in this case.

Dated: June 26, 2009          DANA McRAE, COUNTY COUNSEL

                              By: _____/S/_____
                                  JASON M. HEATH
                                  Assistant County Counsel
                                  **Attorneys for Defendants Bob Lee and Kelly J. Walker**

| | |
|---|---|
| Dated: June 26, 2009 | CARTER LEDYARD & MILBURN, LLP |
| | By: ___/S/___<br>THEODORE ALLEGAERT<br>**Attorneys for Plaintiffs** |

## [PROPOSED] ORDER

Pursuant to the stipulation set forth above, this matter is hereby referred to the Court's mediation process and the parties are ordered to complete the mediation no later than 120 days of the date the case management order in this action is issued.

IT IS SO ORDERED.

Dated: 6/29/09

_____
HON. JEREMY FOGEL
UNITED STATES DISTRICT JUDGE