| | |
|---|---|
| DANA McRAE, State Bar No. 142231<br>County Counsel, County of Santa Cruz<br>JASON M. HEATH, State Bar No. 180501<br>Assistant County Counsel<br>701 Ocean Street, Room 505<br>Santa Cruz, California 95060<br>Telephone: (831) 454-2049<br>Fax: (831) 454-2115 | **E-Filed 9/9/2009** |

**Attorneys for Defendants Bob Lee and Kelly J. Walker**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| HEAT SURGE, LLC, et al.,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>BOB LEE, in his official capacity as District Attorney for Santa Cruz County, California, et al.,<br><br>　　　　　Defendants. | Case No. C09-00572 JF<br><br>**STIPULATION TO VACATE AND CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER** |

## STIPULATION

The next case management conference in this case is scheduled for September 11, 2009. The case is currently stayed. The parties have no new information to report to the Court and request that the case management conference be vacated and continued for six months while the pending state action is being adjudicated.

Dated: September 1, 2009　　　　　DANA McRAE, COUNTY COUNSEL


By: _____/S/_____
　　　JASON M. HEATH
　　　Assistant County Counsel
　　　**Attorneys for Defendants Bob Lee and Kelly J. Walker**

| | | |
|---|---|---|
| 1 | Dated: September 1, 2009 | WILSON SONSINI GOODRICH & ROSATI |

By: _____/S/_____
LEO CUNNINGHAM

**[PROPOSED] ORDER**

For good cause shown, the September 11, 2009 case management conference in this case is vacated, and a new case management conference is scheduled for March 12, 2010 at 10:30 a.m. IT IS SO ORDERED.

Dated: 9/8/2009           _____
HON. JEREMY FOGEL
UNITED STATES DISTRICT JUDGE