| | |
|---|---|
| DANA McRAE, State Bar No. 142231<br>County Counsel, County of Santa Cruz<br>JASON M. HEATH, State Bar No. 180501<br>Assistant County Counsel<br>701 Ocean Street, Room 505<br>Santa Cruz, California 95060<br>Telephone: (831) 454-2049<br>Fax: (831) 454-2115 | **E-Filed 3/10/2010** |

**Attorneys for Defendants Bob Lee and Kelly J. Walker**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| HEAT SURGE, LLC, et al.,<br><br>　　　　　　　Plaintiffs,<br><br>v.<br><br>BOB LEE, in his official capacity as District Attorney for Santa Cruz County, California, et al.,<br><br>　　　　　　　Defendants. | Case No. C09-00572 JF<br><br>**STIPULATION TO VACATE AND CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER** |

### **STIPULATION**

The next case management conference in this case is scheduled for March 12, 2010. The case is currently stayed. The parties have no new information to report to the Court and request that the case management conference be vacated and continued for six months while the pending state action continues to be adjudicated.

Dated: March 3, 2010　　　　　　　　DANA McRAE, COUNTY COUNSEL

　　　　　　　　　　　　　　　　　　By: _____/S/_____
　　　　　　　　　　　　　　　　　　　　JASON M. HEATH
　　　　　　　　　　　　　　　　　　　　Assistant County Counsel
　　　　　　　　　　　　　　　　　　　　**Attorneys for Defendants Bob Lee and Kelly J. Walker**

| | |
|---|---|
| Dated: March 3, 2010 | CARTER LEDYARD & MILBURN, LLP |
| | By: _____/S/_____<br>THEODORE ALLEGAERT<br>**Attorneys for Plaintiffs** |

### [PROPOSED] ORDER

For good cause shown, the March 12, 2010 case management conference in this case is vacated, and a new case management conference is scheduled for September 10, 2010 at 10:30 a.m.

IT IS SO ORDERED.

Dated: 3/10/2010  _____
HON. JEREMY FOGEL
UNITED STATES DISTRICT JUDGE