DANA McRAE, State Bar No. 142231
County Counsel, County of Santa Cruz
JASON M. HEATH, State Bar No. 180501
Assistant County Counsel
701 Ocean Street, Room 505
Santa Cruz, California 95060
Telephone: (831) 454-2049
Fax: (831) 454-2115

**E-Filed 9/3/2010**

**Attorneys for Defendants Bob Lee and Kelly J. Walker**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| HEAT SURGE, LLC, et al.,<br><br>  Plaintiffs,<br><br>v.<br><br>BOB LEE, in his official capacity as District Attorney for Santa Cruz County, California, et al.,<br><br>  Defendants. | Case No. C09-00572 JF<br><br>**STIPULATION TO VACATE AND CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER** |
|---|---|

## STIPULATION

The next case management conference in this case is scheduled for September 10, 2010. The case is currently stayed. The only new information the parties have to report to the Court is that the pending state action (the reason for the stay) has a scheduled trial date of October 18, 2010. The parties request that the case management conference be vacated and continued for six months while the pending state action continues to be adjudicated.

Dated: September 2, 2010         DANA McRAE, COUNTY COUNSEL


               By: _____/S/_____
                   JASON M. HEATH
                   Assistant County Counsel
                   **Attorneys for Defendants Bob Lee and Kelly J. Walker**

1 | Dated: September 2, 2010                                   CARTER LEDYARD & MILBURN, LLP

By: _____/S/_____
THEODORE ALLEGAERT
**Attorneys for Plaintiffs**

#### [PROPOSED] ORDER

For good cause shown, the September 10, 2010 case management conference in this case is vacated, and a new case management conference is scheduled for __March 11, 2011__.

IT IS SO ORDERED.

Dated: __9/3/2010__                                   _____
HON. JEREMY FOGEL
UNITED STATES DISTRICT JUDGE