**E-Filed 3/10/2011**

1  DANA McRAE, State Bar No. 142231
   County Counsel, County of Santa Cruz
2  JASON M. HEATH, State Bar No. 180501
   Assistant County Counsel
3  701 Ocean Street, Room 505
   Santa Cruz, California 95060
4  Telephone: (831) 454-2049
   Fax: (831) 454-2115

**Attorneys for Defendants Bob Lee and Kelly J. Walker**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| HEAT SURGE, LLC, et al., | Case No. C09-00572 JF |
|---|---|
| Plaintiffs, | **DEFENDANTS' CASE MANAGEMENT CONFERENCE STATEMENT AND REQUEST TO VACATE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER** |
| v. | |
| BOB LEE, in his official capacity as District Attorney for Santa Cruz County, California, et al., | |
| Defendants. | |

    Defendants apologize for the tardiness of this statement. Defendants have been trying to obtain plaintiffs' input on a joint case management statement or stipulation to vacate the case management conference but have been unable to do so, necessitating the filing of this separate statement.

    The next case management conference in this case is scheduled for March 11, 2011. The case is currently stayed. The only new information defendants have to report to the Court is that the pending state action (the reason for the stay) has a trial setting conference scheduled for March 28,

1  2011. Defendants request that the case management conference be vacated and continued for six
2  months while the pending state action continues to be adjudicated.
3  Dated: March 8, 2011                                    DANA McRAE, COUNTY COUNSEL

                                                          By: _____/S/_____
                                                                JASON M. HEATH
                                                                Assistant County Counsel
                                                                **Attorneys for Defendants Bob Lee and Kelly J. Walker**

### [PROPOSED] ORDER

For good cause shown, the March 11, 2011 case management conference in this case is vacated, and a new case management conference is scheduled for August 26, 2011, at 10:30 a.m.

IT IS SO ORDERED.

Dated: 3/10/2011                                          _____
                                                          HON. JEREMY FOGEL
                                                          UNITED STATES DISTRICT JUDGE