DANA McRAE, State Bar No. 142231
County Counsel, County of Santa Cruz
JASON M. HEATH, State Bar No. 180501
Assistant County Counsel
701 Ocean Street, Room 505
Santa Cruz, California 95060
Telephone: (831) 454-2049
Fax: (831) 454-2115

**Attorneys for Defendants Bob Lee and
Kelly J. Walker**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| HEAT SURGE, LLC, et al.,<br><br>               Plaintiffs,<br><br>v.<br><br>BOB LEE, in his official capacity as District Attorney for Santa Cruz County, California, et al.,<br><br>               Defendants. | Case No. C09-00572 JF<br><br>**STIPULATION TO VACATE AND CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER** |

### STIPULATION

The next case management conference in this case is scheduled for August 26, 2011.  The case is currently stayed.  The only new information the parties have to report to the Court is that the pending state action (the basis for the stay) is still being litigated in Santa Cruz County Superior Court.  The parties request that the case management conference be vacated and continued for six months while the pending state action continues to be litigated.

Dated: August 4, 2011                           DANA McRAE, COUNTY COUNSEL


By: _____/S/_____
         JASON M. HEATH
         Assistant County Counsel
         **Attorneys for Defendants Bob Lee and
         Kelly J. Walker**

1   Dated: August 4, 2011                    WILSON SONSINI GOODRICH & ROSATI

2

3                                            By: _____/S/_____

4                                               LEO CUNNINGHAM
                                                Attorneys for Plaintiffs
5

6                                    **[PROPOSED] ORDER**

7           For good cause shown, the August 26, 2011 case management conference in this case is

8   vacated, and a new case management conference is scheduled for _____2/24/12_____.

9   IT IS SO ORDERED.

10

11

12  Dated: ____8/10/11_____      _____

13                                    HON. JEREMY FOGEL
                                      UNITED STATES DISTRICT JUDGE
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28