***E-Filed 9/27/11***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEAT SURGE, LLC., et al., | No. C 09-00572 RS |
| Plaintiff, | |
| v. | **RECUSAL ORDER** |
| BOB LEE, et al., | |
| Defendants. | |

I hereby recuse myself from hearing or determining any matters which have been referred to me as District Judge in the above-entitled action.  The Clerk of Court shall reassign the referred matters in this case to another District Judge.

IT IS SO ORDERED.

Dated: 9/27/11

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

No. C 09-00572 RS
ORDER