UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HEAT SURGE, LLC, et al., ) | Case No.: 5:09-cv-00572-LHK |
| ) | |
| Plaintiffs, ) | ORDER SUGGESTING STIPULATION |
| v. ) | OF DISMISSAL WITHOUT PREJUDICE |
| ) | |
| BOB LEE, in his official capacity as District ) | |
| Attorney for Santa Cruz County, California, et ) | |
| al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

This case was transferred to the undersigned judge on September 28, 2011. ECF No. 52. This lawsuit has been docketed since February 9, 2009, but the case has been stayed since June 30, 2009, pending resolution of the related litigation in the Santa Cruz Superior Court. *See* ECF No. 35 at 11. Since September 1, 2009, the parties have repeatedly requested six-month continuances of case management conferences. *See* ECF Nos. 38, 41, 43, 46, 48. A case management conference is currently set for February 22, 2012. The Court suggests that the parties stipulate to a dismissal without prejudice and to a tolling agreement on the statute of limitations for any damages and counterclaims. By February 15, 2012, the parties shall file either a stipulation of dismissal without prejudice or, if they are unable to do so, a joint case management statement.

**IT IS SO ORDERED.**

1

Case No.: 09-CV-00572-LHK
ORDER SUGGESTING STIPULATION OF DISMISSAL

Dated: February 10, 2012

_____
LUCY H. KOH
United States District Judge

2

Case No.: 09-CV-00572-LHK
ORDER SUGGESTING STIPULATION OF DISMISSAL